UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

5:25-MJ-106-LLK

**FILED**
JAMES J. VILT, JR. - CLERK

JUL 09 2025

UNITED STATES OF AMERICA

v.

Joshua S. Tarrsley

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MEMORANDUM OF PLEA AGREEMANT
PURSUANT TO FED. R. CRIM. P. 11(c) (1)(B)

The above-named defendant is charged with the following offense(s):

1) Enter Installation for Prohibited Purpose   2) Fraud + Related Activities in Connection w/ID Documents   3) Resisting Arrest

4)_____   5)_____   6)_____

The maximum penalties, any mandatory minimum penalties, and SPA's for this/these offenses are as follows:

1) $5,000 +/or 6 months   2) Felony
3) $100,000 +/or 1 year   4)_____
5)_____   6)_____

In consideration for the defendant's plea(s) of guilty to the offense numbers:_____

THE UNITED STATES, THROUGH COUNSEL, SHALL RECOMMEND TO THE COURT THE FOLLOWING SENTENCE(S):

| | 1) | 2) | 3) | 4) | 5) | 6) |
|---|---|---|---|---|---|---|
| Imprisonment | — | — | — | | | |
| Fine | — | — | — | | | |
| Special Assessment Fee | $10 | — | — | | | |
| Processing Fee | $30 | — | — | | | |
| Probation | — | — | — | | | |
| Restitution | — | — | — | | | |
| TOTAL | $40 | — | — | | | |

Other:_____

COUNTS TO BE DISMISSED AT SENTENCING   dockets # 80 + 81

The defendant acknowledges that he/she understands that the above is a sentencing recommendation made to the Court by the United States and that the Court is not bound to sentence the defendant in conformance with the recommendation. Further, the defendant understands that if the court elects not to follow the recommendation for any reason, the defendant will not be allowed to withdraw his/her plea(s) of guilty. Further, the defendant acknowledges that the plea(s) of guilty is/are voluntary and that he/she or he United States may elect to withdraw from this plea agreement at any time prior to the entering of the defendant's plea(s) of guilty.

DATE: 7/9/25

JST

**Counsel for United States**

**Defendant**

**Defense Counsel**